## DEUTSCH v FREY

Ohio Appeals, 1st Dist, Hamilton Co
Decided May 5, 1930

For full opinion see 173 NE 40; 36 Oh
Ap 226 (Oh Bar 11-18-30).